**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                              CASE NO. 3:07-cr-275-J-16HTS

JAMES GORDON HILL

_____

**REPORT AND RECOMMENDATION[1]**
**CONCERNING PLEA OF GUILTY**

Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim.

P., and Rule 6.01(c)(12), M.D. Fla. Rules, and has entered a plea of guilty to Count One of

the Indictment.  After cautioning and examining Defendant under oath concerning each of

the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and

voluntary, and that the offense charged is supported by an independent basis in fact

containing each of the essential elements of such offense.  I therefore recommend that the

plea of guilty be accepted and that Defendant be adjudged guilty and have sentence

imposed accordingly.

**DONE AND ENTERED** at Jacksonville, Florida, this 21st day of December, 2007.

/s/   Howard T. Snyder
_____

HOWARD T. SNYDER
United States Magistrate Judge

Copies to:
Honorable John H. Moore II
Senior United States District Judge
Assistant United States Attorney (Duva)
Bruce Parker Culbert, Esquire
United States Probation
United States Pretrial Services

_____

[1]   Failure to file written objections to this Report and Recommendation within ten (10) days from the
date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the
assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B); Rule 6.02, M.D. Fla. Rules.