**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 3:07-cr-275-J-16HTS

**JAMES GORDON HILL**
_____/

### ORDER ACCEPTING PLEA AND SCHEDULING SENTENCING

Pursuant to the *Report and Recommendation* (Doc.#27) of the United States Magistrate Judge, to which no objections have been filed, the plea of guilty of the defendant to Count One of the Indictment is now **ACCEPTED** and the defendant, **JAMES GORDON HILL**, is **ADJUDGED GUILTY of such offense.**

**IT IS FURTHERED ORDERED** that **SENTENCING** before the Honorable John H. Moore II is hereby **scheduled** for 11:30 a.m., on Tuesday, March 18, 2008, in Courtroom 12D, Twelfth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

**DONE AND ORDERED** at Jacksonville, Florida this  15th  of January, 2008.

_____
JOHN H. MOORE II
United States District Judge

Copies to:   Assistant United States Attorney (Duva)
             Defense Counsel - Bruce Parker Culbert
             United States Marshal's Service
             United States Probation